UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x

UNITED STATES OF AMERICA : **TRANSPORTATION ORDER**

   - v - : 20 Mag. 3073 (UA)

Christian Omar De La Torre Villalvazo, :

              Defendant. :

----------------------------------x

Upon the application of Christian Omar De La Torre Villalvazo, by his attorney, **Zawadi Baharanyi, Esq.**, Federal Defenders of New York, pursuant to 18 U.S.C. § 4282, and upon a finding of indigence and in the interests of justice, it is hereby

**ORDERED** that the United States Marshals Service furnish Christian Omar De La Torre Villalvazo, with funds to cover the cost of airfare between New York and Tucson, Arizona;

**ORDERED** that Mr. Villalvazo's flight depart New York for Tucson FORTHWITH, and no later than 24 hours after his release; and

**ORDERED** that the aforesaid expenses shall be paid by the United States Marshals Service.

Dated: New York, New York     **SO ORDERED:**
      March 27, 2020

 

_____
HONORABLE SARAH L. CAVE
United States Magistrate Judge