# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

March 30, 2020

**BY EMAIL & ECF**

Honorable Vernon S. Broderick
United States District Judge
40 Foley Square
New York, NY 10007

For the reasons stated on the record, the defendants application is denied.

SO ORDERED:

*[signature]*
HON. VERNON S. BRODERICK 4/2/2020
UNITED STATES DISTRICT JUDGE

Re:   **United States v. Christian De La Torre,**
      **20 Mag. 3073 (VSB)**

Dear Judge Broderick,

As the Part I Judge on duty tomorrow, I am reaching out to schedule a teleconference to appeal a bail decision in United States v. Christian De La Torre, 20 Mag 3073. Mr. De La Torre was ordered released by Magistrate Judge Cave on 3/27/2020 on the condition that he be electronically monitored before leaving SDNY for his home district of Arizona.

During a telephone conference in this matter this afternoon at 4:30 p.m., Pretrial announced that they would not outfit Mr. De La Torre with an electronic monitor because he, like all new arrestees at the MCC NY, had been placed on administrative quarantine at MCC and will remain on quarantine until April 9, 2020. As a result, Judge Cave continued Mr. De La Torre's detention.

In light of this afternoon's ruling, I respectfully request a hearing to appeal Judge Cave's order to continue detention.

For the Court's convenience, I am attaching a copy of the Complaint, and the bail letter endorsed on 3/27/20. Pretrial completed a report for Mr. De La Torre recommending his release on the day of his presentment. CC'ing Pretrial so that they can provide a copy of that report.

Respectfully Submitted,

/s/Zawadi Baharanyi
Assistant Federal Defender
Federal Defenders of New York, Inc.
(212) 417-8735

Cc: AUSA Ni Qian (by Email)