UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

   -v-

CHRISTIAN DE LA TORRE,

              Defendant.

CRIMINAL ACTION NO.: 20 MJ 3073

**TELEPHONE CONFERENCE
SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

A Telephone Conference is scheduled for **Monday, April 20, 2020 at 2:00pm** on the Court's conference line.  The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated:     New York, New York
             April 16, 2020

SO ORDERED

_____
**SARAH L. CAVE
United States Magistrate Judge**